CARROLL v. SEARS ROEBUCK & CO.

No. 29P99

Case below: 131 N.C.App. 700

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 22 July 1999.

CARTER v. HUCKS-FOLLISS

No. 484P98

Case below: 131 N.C.App. 145
          349 N.C. 528

Motion by defendant (Moore Regional Hospital) for reconsideration of petition of discretionary review under Appellate Rule 2 denied 22 July 1999.

CIOFFI v. CITY OF CHARLOTTE

No. 126P99

Case below: 132 N.C.App. 584

Petition by defendant for discretionary review pursuant to Rule 31 denied 22 July 1999.

CITY-WIDE ASPHALT PAVING, INC. v. ALAMANCE COUNTY

No. 186P99

Case below: 132 N.C.App. 533

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 22 July 1999. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

COLEMAN v. HINES

No. 263P99

Case below: 133 N.C.App. 147

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.